IN THE SUPREME COURT OF TENNESSEE
AT NASHVILLE

# STATE OF TENNESSEE, ET AL. v. BROWN & WILLIAMSON TOBACCO COMPANY, ET AL v. GREGORY BENNETT PERRY AND STEVE LLOYD CHAMPION, ET AL.

**CHANCERY Court for DAVIDSON County**
**No. 98-3776-I**

-------------------------

**No. M1999-00455-SC-R3-CV**

-------------------------

**ORDER**

A petition for rehearing has been filed on behalf of the Beckom appellants pursuant to Tennessee Rules of Appellate Procedure Rule 39. After consideration of the same, the Court is of the opinion that the petition should be and the same hereby is denied at the cost of the Beckom appellants.

Enter this 24th day of May, 2000.

PER CURIAM